**Opinion filed June 15, 2023**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-22-00330-CV

_____

## PRECISION PIPE RENTALS, LLC; PRECISION PIPEWORKS, LLC; AND IOS/PCI, LLC, Appellants

## V.

## TIMOTHY A. ARMENDARIZ, Appellee

**On Appeal from the County Court at Law**
**Midland County, Texas**
**Trial Court Cause No. CC24396**

### M E M O R A N D U M   O P I N I O N

This interlocutory appeal arises from the trial court's grant of a temporary injunction in favor of Appellee, Timothy A. Armendariz. *See* TEX. CIV. PRAC. & REM. CODE Ann. § 51.014(a)(4) (West Supp. 2022). Appellants have filed a motion to dismiss this appeal under Rule 42.1. *See* TEX. R. APP. P. 42.1 (Voluntary Dismissal and Settlement in Civil Cases). In their motion, Appellants state that "Appellants and Appellee have settled this matter" and request that we dismiss the appeal. *See id.* R. 42.1(a)(1). Appellants further state that the voluntary dismissal of this appeal "will not prevent another party from seeking relief to which it would

otherwise be entitled." *See id.* In their motion, Appellants state that Appellee does not oppose the motion, and that "the parties will bear their own costs, if any, related to this appeal." *See id.* R. 42.1(a)(1), (d).

We grant Appellants' motion and dismiss this appeal.


W. STACY TROTTER
JUSTICE

June 15, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.